In the Matter of MAURICE ABRAMS et al., Respondents,
and EDITH BRITT et al., Interveners, Respondents,
against PAUL J. KERN et al., Constituting the Municipal
Civil Service Commission for the City of New York
et al., Respondents, and HARRY K. MAPLES et al.,
Interveners, Appellants.

Argued October 10, 1939; decided November 14, 1939.

*Gabriel L. Kaplan* and *Sidney A. Fine* for appellants

*John J. Bennett, Jr., Attorney-General (Henry Epstein* and *Patrick H. Clune* of counsel), *amicus curiæ.*

*Arthur Richenthal* and *I. M. Moskowitz* for petitioners, respondents.

*Albert De Roode* for interveners, petitioners-respondents.

*William C. Chanler, Corporation Counsel (Samuel J. Silverman* of counsel), for Municipal Civil Service Commission et al., respondents.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Dissenting: LEHMAN, J. Taking no part: O'BRIEN, J.